UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GORDON SMISSAERT,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | Civil No. 2:20-CV-00400-RAJ<br><br><br>ORDER |

　　　Based on Defendant's Motion, it is hereby ORDERED that the Answer Due Date shall be amended as follows:

　　　Defendant shall have up to and including June 23, 2020, to file an Answer to Plaintiff's Complaint, including the certified administrative record. If the Commissioner is unable to file the certified administrative record on or before that date, Defendant shall file another motion for extension.

　　　DATED this 27th day of May, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　United States District Judge

Page 1　　　ORDER - [2:20-CV-00400-RAJ]