UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GORDON SMISSAERT,<br><br>  Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Civil No. 2:20-CV-00400-RAJ<br><br><br>ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including August 18, 2020, to file an Answer to Plaintiff's Complaint, including the certified administrative record. If the Commissioner is unable to file the certified administrative record on or before that date, the Commissioner shall file another motion for an extension.

DATED this 22nd day of July, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Page 1        ORDER - [2:20-CV-00400-RAJ]